In the Matter of the Accounting of AGNES F. HEMPSEY, as Executrix of MARIA F. HEMPSEY, Deceased, Respondent. CHARLES HEMPSEY, Appellant.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Motion to resettle order denied, without costs.

Present — Lewis, P. J., Hagarty, Carswell, Adel and Nolan, JJ. [See 269 App. Div. 1039.]